# Affidavit of Process Server

_Scott Patterman_ vs _OSI Collection, et al._   08CV2233
PLAINTIFF/PETITIONER       DEFENDANT/RESPONDENT       CASE #

Being duly sworn, on my oath, I _Aaron Willoughby_,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _OSI Collection Services, Inc._
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $ _____ witness fee and mileage
☒ _Summons and Complaint_

by serving (NAME) _Dawn Schulz CT Corporation Authorize to Accept Service_

at ☐ Home _____
☒ Business _208 South LaSalle St Chicago IL 60603 Ste 814_
on (DATE) _4-22-08_ at (TIME) _10:35 AM_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _Dawn Schulz_
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading                              ☐ Other: _____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____ DATE TIME, ( )_____ DATE TIME,
( )_____ DATE TIME, ( )_____ DATE TIME, ( )_____ DATE TIME

**Description:**
☐ Male        ☒ White Skin    ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'      ☐ Under 100 Lbs.
☒ Female      ☐ Black Skin    ☒ Brown Hair   ☐ Balding      ☐ 21-35 Yrs.   ☐ 5'0"-5'3"     ☐ 100-130 Lbs.
              ☐ Yellow Skin   ☐ Blond Hair                  ☐ 36-50 Yrs.   ☒ 5'4"-5'8"     ☒ 131-160 Lbs.
              ☐ Brown Skin    ☐ Gray Hair    ☐ Mustache     ☒ 51-65 Yrs.   ☐ 5'9"-6'0"     ☐ 161-200 Lbs.
☐ Glasses     ☐ Red Skin      ☐ Red Hair     ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'       ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

_[signature]_
SERVED BY
LASALLE PROCESS SERVERS

State of Illinois    County of Cook

Subscribed and sworn to before me,
a notary public, this _22_ day of _April_, 20_08_

_[signature]_
NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SCOTT PATTERMANN

CASE NUMBER:   08CV2233   EDA

V.

ASSIGNED JUDGE:   JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE ASHMAN

OSI COLLECTION SERVICES, INC. d/b/a
MEDICAL ACCOUNTING SERVICE

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

OSI Collection Services, Inc.
c/o C T Corporation System (Registered Agent of OSI Collection Services, Inc.)
208 S LaSalle St Ste 814
Chicago  IL  60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Craig M. Shapiro
Horwitz, Horwitz & Associates, Ltd.
25 E Washington St Ste 900
Chicago  IL  60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_Esperanza Arnold_
**(By) DEPUTY CLERK**

April 18, 2008
Date

