# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: 08 C 2233

SCOTT PATTERMANN
-vs-
OSI COLLECTION SERVICES, INC.,
d/b/a MEDICAL ACCOUNTING SERVICE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

OSI COLLECTION SERVICES, INC., d/b/a MEDICAL ACCOUNTING SERVICE

| | |
|---|---|
| NAME (Type or print) <br> David Israel | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ David Israel | |
| FIRM <br> Sessions, Fishman, Nathan & Israel, LLP | |
| STREET ADDRESS <br> Lakeway Two, Suite 200, 3850 North Causeway Boulevard | |
| CITY/STATE/ZIP <br> Metairie, LA 70002-7227 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 90785267 | TELEPHONE NUMBER <br> (504) 582-1500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |