IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTT PATTERMANN, on behalf of himself and others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Judge Der-Yeghiayan |
| -vs- ) ) | Case No. 08-CV-02233 |
| OSI COLLECTION SERVICES, INC., d/b/a MEDICAL ACCOUNTING SERVICE, ) ) ) | Magistrate Judge Ashman |
| Defendant. ) | |

**DEFENDANT, OSI COLLECTION SERVICES, INC.'S,
RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT**

NOW INTO COURT, through undersigned counsel, comes defendant, OSI Collection Services, Inc. ("OSI"), which, pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

1. Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. OSI is a subsidiary corporation owned by NCO Group, Inc, a Delaware corporation. Various corporate affiliates of Citigroup Inc. own approximately 10.1% of NCO Group, Inc. stock. One Equity Partners and its corporate affiliates, which are affiliates of JP Morgan Chase & Co., own approximately 85% of NCO Group, Inc. stock.

Respectfully submitted,

/s/ James K. Schultz
James K. Schultz
SESSIONS, FISHMAN, NATHAN & ISRAEL
   OF ILLINOIS, L.L.C.
1000 Skokie Boulevard, Suite 430
Wilmette, IL 60091-1181
PH:   847-853-6100
FX:   847-853-6105
jschultz@sessions-law.biz

Counsel for Defendant,
OSI Collection Services, Inc.

## CERTIFICATE OF SERVICE

I certify that on this 27th day of May, 2008, a copy of the foregoing Corporate Disclosure Statement was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

          Craig M. Shapiro
          O. Randolph Bragg
HORWITZ, HORWITZ & ASSOCIATES, LTD
25 East Washington Street, Suite 900
          Chicago, IL 60602

/s/ James K. Schultz
Attorney for Defendant