**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SCOTT PATTERMANN, on behalf
Of himself and others similarly situated,

                Plaintiff,

v.

OSI COLLECTION SERVICES, INC., d/b/a
MEDICAL ACCOUNTING SERVICE,

                Defendant.

Case No. 1:08-cv-02233
Judge Der-Yeghiayan
Magistrate Judge Ashman

**JOINT JURISDICTIONAL STATUS REPORT**

I.      Subject Matter Jurisdiction.

      Jurisdiction of this court arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* and 28 U.S.C. § 1331.

II.     Venue (Plaintiff's Position).

      Venue is appropriate in this district because all relevant events took place here. Plaintiff resides in Plainfield, Illinois, within the County of Will. Defendant mailed a letter in an attempt to collect a debt (Exhibit A to Plaintiff's Class Action Complaint) to Plaintiff at his residence in Plainfield, Illinois. Because Defendant communicated with Plaintiff at his residence in Plainfield, Illinois, in an attempt to collect a debt, and that communication is the subject of this lawsuit, venue is appropriate in this district.

| | |
|---|---|
| s/ Craig M. Shapiro<br>Craig M. Shapiro<br>HORWITZ, HORWITZ & ASSOCIATES, LTD<br>25 East Washington Street, Suite 900<br>Chicago, IL  60602<br>PH:     312-372-8822<br>FX:     312-372-1673<br>craig@horwitzlaw.com<br><br>Attorneys for Plaintiff | s/ James Kevin Schultz<br>James Kevin Schultz<br>SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.<br>1000 Skokie Boulevard, Suite 430<br>Wilmette, IL  60091-1181<br>PH:     847-853-6100<br>FX:     847-853-6105<br>jschultz@sessions-law.biz<br><br>David Israel, Lead TrialAttorney<br>SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.<br>Lakeway Two, Suite 200<br>3850 North Causeway Boulevard<br>Metairie, LA  70002-7227<br>PH:     504-828-3700<br>FX:     504-828-3737<br>disrael@sessions-law.biz<br><br>Dayle M. Van Hoose<br>SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.<br>9009 Corporate Lake Drive, Suite 300-S<br>Tampa, FL  33634<br>PH:     813-890-2460<br>FX:     813-889-9757<br>dvanhoose@sessions-law.biz<br><br>Attorneys for Defendant |

N:\OSI (6947)\Pattermann, Scott (CLASS) (6947-08-22788)\Pleadings\Joint Jurisdictional Status Report.doc