IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

| | |
|---|---|
| SCOTT PATTERMANN, on behalf of himself and all others similarly situated, | NOTICE OF MOTION |
| Plaintiff, | |
| v. | |
| OSI COLLECTION SERVICES, INC. d/b/a MEDICAL ACCOUNTING SERVICE, | Civil Action No. 08-cv-2233 |
| | Judge Der-Yeghiayan |
| | Magistrate Judge Ashman |
| Defendants. | |

---

## NOTICE OF MOTION

TO:  David Israel
James Kevin Schultz
Dayle M. Van Hoose
disrael@sessions-law.biz
jschultz@sessions-law.biz
dvanhoose@sessions-law.biz

PLEASE TAKE NOTICE that on the 19th of June, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Samuel Der-Yeghiayan, in Courtroom 1903 of the United States District Court for the Northern District of Illlinois, 219 South Dearborn Street, Chicago, Illinois, to present Plaintiff's Motion to Strike Offer of Judgment or, Alternatively, for Class Certification with Briefing Stayed, a copy of which is attached hereto and hereby served upon you.

Date:  June 16, 2008        s/ Craig M. Shapiro
                            Craig M. Shapiro
                            O. Randolph Bragg
                            HORWITZ, HORWITZ & ASSOCIATES, LTD..
                            25 East Washington Street Suite 900
                            Chicago, Illinois 60602
                            (312) 372-8822; (312) 372-1673  (FAX)

                            ATTORNEYS FOR PLAINTIFF