UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Scott Pattermann
                          Plaintiff,
v.                                    Case No.: 1:08−cv−02233
                                      Honorable Samuel Der−Yeghiayan
OSI Collection Services, Inc.
                          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 19, 2008:

MINUTE entry before the Honorable Samuel Der−Yeghiayan: As stated on the record, Plaintiff Scott Pattermann's motion to strike Offer of Judgment [16] is granted without objection. Plaintiff Scott Pattermann's alternative motion to certify class [16] is stricken without prejudice. Status hearing held and continued to 10/22/08 at 9:00 a.m. All discovery shall be noticed in time to be completed by 10/17/08. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.